Mark SMITH and Teeta Smith, Individually, and as next friend and Natural Parents of Charlotte Smith, et al., etc., Plaintiffs-Appellants,

v.

GENERAL MOTORS CORPORATION, Defendant-Appellee.

No. 74–3889.

United States Court of Appeals, Fifth Circuit.

Feb. 2, 1976.

Forrest Bowers, Lubbock, Tex., for plaintiffs-appellants.

Royal H. Brin, Jr., Dallas, Tex., for defendant-appellee.

Before COLEMAN, CLARK and IN-GRAHAM, Circuit Judges.

PER CURIAM:

This appeal was argued in New Orleans on December 10, 1975.

Upon consideration of the record, briefs, and the oral argument, the judgment of the District Court, *Smith v. General Motors Corporation,* 382 F.Supp. 766 (N.D.Tex., 1974) is

Affirmed.

UNITED STATES, Appellee,

v.

Jim BAKER, Appellant.

No. 75–1552.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 10, 1975.

Decided Dec. 18, 1975.

Hale W. Brown, Kirkwood, Mo., for appellant.

Frederick Buckles, Asst. U. S. Atty., St. Louis, Mo., for appellee.

Before ROSS, STEPHENSON and WEBSTER, Circuit Judges.

PER CURIAM.

Jim Baker appeals from his conviction for dealing in firearms without a license, in violation of 18 U.S.C. § 922(a)(1) and 924(a). He contends that government agents entrapped him and that the evidence was insufficient for conviction.

Baker was tried before the Honorable H. Kenneth Wangelin, whose findings of fact and conclusions of law are reported in *United States v. Baker,* 397 F.Supp. 1122 (E.D.Mo.1975). Finding no error in those proceedings, we affirm on the basis of Judge Wangelin's memorandum opinion.